UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

REMBRANDT 3D HOLDING LTD.,

                Plaintiff,

          -against-

STREAM TV NETWORK, INC., RAJA RAJAN, MATHAU RAJAN, WALTHER ROELEN, BART BARENBRUG, PETER ROELEN, and HANS ZUIDEMA,

                Defendants.

------------------------------------------------x

No. 17 Civ. 00882 (RA)

**NOTICE OF MOTION**

      Defendants Stream TV Networks, Inc., Mathu Rajan, Walther Roelen, Bart Barenbrug, and Hans Zuidema, by their undersigned attorneys, move pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) to dismiss the Complaint filed by Plaintiff Rembrandt 3D Holding, Ltd. The grounds for this motion are more particularly set out in the accompanying memorandum of law, which is incorporated herein by reference.

DATED:  February 13, 2017
           New York, New York

                                  **DLA PIPER LLP (US)**

                                  By: /s/ Hugh J. Marbury
                                      Hugh J. Marbury
                                      Megan Shea Harwick
                                      Neal F. Kronley
                                      1251 Avenue of the Americas
                                      New York, New York  10020-1104
                                      (212) 335-4500
                                      hugh.marbury@dlapiper.com
                                      megan.shea@dlapiper.com
                                      neal.kronley@dlapiper.com

                                      Attorneys for Defendants

TO:    Neil Wallace, Esq.
        Wallace Law Firm
        105 Luffness New
        Williamsburg, VA 23188
        (757) 784-0050

        Attorney for Plaintiff