## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             : ss.:
COUNTY OF NEW YORK           )

    CARL M. LAWRENCE, being duly sworn, deposes and says:  On the 10th day of February, 2017, I caused a true and correct copy of the annexed **Notice of Motion** and **Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint** to be served on Rembrandt 3D Holding Ltd., by overnight mail to the following address designated by them for that purpose:

Neil Wallace, Esq.
Wallace Law Firm
105 Luffness New
Williamsburg, VA 23188

Service was completed by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive custody of the United Parcel Service, Inc..

                                                                        _____
                                                                        CARL M. LAWRENCE

Sworn to before me this
13th day of February, 2017

_____
Notary Public

```
ERIC MICHAEL MERKLINGER
Notary Public - State of New York
NO. 02ME6341047
Qualified in New York County
My Commission Expires May 2, 2020
```