```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/27/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REMBRANDT 3D HOLDING, LTD.,

    Plaintiff,

v.

STREAM TV NETWORK, INC. et al.,

    Defendants.

No. 17-CV-0882 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record during today's conference, Defendants' motion to dismiss is granted with respect to Plaintiff's three patent infringement claims. The Court reserves judgment as to Plaintiff's remaining state law causes of action. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry twenty-nine.

The parties shall appear for a conference on April 13, 2018 at 3:30 p.m., unless Plaintiff consents to a transfer of the state law claims prior to that time. In the interim, this matter is stayed.

SO ORDERED.

Dated:    March 27, 2018
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge