UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
:
REMBRANDT 3D HOLDING LTD        :
:
                           Plaintiff,   :        No. 17-CV-882 (RA)
:
                   v.   :
:
STREAM TV NETWORK, INC. et al.   :
:
                       Defendants.   :
:
-------------------------------------------------------x

**RESPONSE TO ORDER [DKT#52]**

Pursuant to Order [Dkt#52] dated May 9, 2018, Plaintiff hereby notifies this Court that it does not intend to consent to a transfer of the remaining state law claims.

Dated:  May 10, 2018
                                                                             Respectfully submitted,
                                                                             /s/ Chi Eng
                                                                             Chi Eng
                                                                             chi@englawfirm.com
                                                                             ENG LAW FIRM
                                                                             One Gateway Center, Suite 2600
                                                                              Newark, NJ 07102
                                                                             Telephone: 646.770.2347
                                                                             Facsimile: 646.568.7231