USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REMBRANDT 3D HOLDING, LTD.,

    Plaintiff,

v.

STREAM TV NETWORK, INC., RAJA RAJAN, MATHAU RAJAN, WALTER ROELEN, BART BARENBRUG, PETER ROELEN and HANS ZUIDEMA,

    Defendants.

No. 17-CV-882 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

ORDERED that counsel for all parties appear for a status conference on February 28, 2020 at 10:15 a.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED that, by February 21, 2020, the parties submit a joint letter, updating the Court on the status of this action and the parties' settlement efforts.

SO ORDERED.

Dated:   January 31, 2020
         New York, New York

                                      Ronnie Abrams
                                      United States District Judge