UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

REMBRANDT 3D HOLDING, LTD.,

                            Plaintiff,

          -against-

STREAM TV NETWORK, INC., RAJA RAJAN, MATHAU RAJAN, WALTER ROELEN, BART BARENBRUG, PETER ROELEN, and HANS ZUIDEMA,

                            Defendants.

-----------------------------------------------------------------X

**ORDER RESCHEDULING TELEPHONE CONFERENCE**

17-CV-882 (RA)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2020

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The telephone conference previously scheduled for Tuesday, February 18, 2020 at 4:30 p.m. is rescheduled to **Thursday, March 5, 2020 at 4:30 p.m.** Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: February 18, 2020
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge