IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REMBRANDT 3D HOLDING LTD <br> Plaintiff, <br> v. <br> STREAM TV NETWORK, INC., <br> RAJA RAJAN <br> MATHU RAJAN, <br><br> Defendants. | § <br> § C.A. No. No. 17-CV-882 (RA) <br> § <br> § <br> § <br> § <br> § <br> § |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**Signed for and on behalf of Defendants:**

_____
Signature
STREAM TV NETWORK, INC.,
By: Mathu Rajan, Chief Executive Officer
Date: May 23, 2021

_____
Signature
Mathu Rajan, Individually
Date: May 23, 2021

_____
Signature
Raja Rajan, Individually
Date: May 23, 2021

**Signed for and on behalf of Plaintiff:**

_____
Signature
REMBRANDT 3D HOLDING LTD
By: Stephen Blumenthal, President/CEO
Date: May 23, 2021

The Clerk of Court is respectfully directed to close this case.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 25, 2021